# JS-6

# UNITED STATES DISTRICT COURT IN AND FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Arciniega,<br><br>        Plaintiff,<br><br>    vs.<br><br>D. Scott Carruthers, A Professional Law Corporation,<br><br>        Defendant. | Case No.: 8:17-cv-00309-AG-AJW<br><br>**ORDER** |

Based on the Stipulation jointly filed by the Parties to the above-captioned case, it is hereby **ORDERED** that this case is dismissed with prejudice, with each party to bear its own attorney fees and costs.

**IT IS SO ORDERED**.

Dated: April 07, 2017

_____
Hon. Andrew Guilford
United States District Judge

PROPOSED ORDER